UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WILLIAM MENDEZ<br><br>Petitioner,<br><br>vs<br><br>GARY SWARTHOUT,<br><br>Respondent. | U.S.C.A. No.: 16-15026<br>U.S.D.C. No.: CV-13-02797-EMC<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL ON APPEAL |

The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the appellant is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above appellant.

Vicki Marolt Buchanan
19201 Sonoma Highway, #243
Sonoma, CA 95476-5413
(707) 343-1907
vickimaroltbuchananpc@gmail.com

Appointing Judge: Hon. Judge Chen

8/4/16
Date of Order

August 1, 2016
Nunc Pro Tunc Date